```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
AMITA BAMAN TRACY
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BROWN O/B/O Jackie Brown, Minor,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:06-CV-02089-GGH<br><br>STIPULATION AND ORDER |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1)  Page 2 and 93-94, of the Certified Administrative Transcript consist, respectively, of an index reference to a confidential record, and the record itself, pertaining to an individual other than Plaintiff and having no bearing on this action.

BROWN v. Barnhart
Redaction Stip. & Order
2:06-cv-02089-GGH                             **1**

1    2)  Page 2 will therefore be partially redacted to remove
2 the nonrelated index reference therefrom.  Pages 93-94 will be
3 removed from the Certified Administrative Transcript and from all
4 copies of the Transcript, and destroyed by Plaintiff's attorney,
5 the Assistant United States Attorney, and the Assistant Regional
6 Counsel.
7    3)  Page 2 (unredacted) and Pages 93-94, mistakenly included
8 in the Transcripts, will not be disclosed to anyone.
9    4)  The inadvertent inclusion of Page 2 (unredacted) and
10 Pages 93-94 in the Certified Administrative Transcript will not
11 be a basis for a claimed error.
12 / / /
13 / / /
14 / / /

BROWN v. Barnhart
Redaction Stip. & Order
2:06-cv-02089-GGH                    **2**

```
DATE: January 8, 2007          /s/ Harvey P. Sackett (as
                               authorized on January 8, 2007)
                               HARVEY P. SACKETT
                               Attorney at Law

                               Attorney for Plaintiff

DATE: January 8, 2007          McGREGOR W. SCOTT
                               United States Attorney
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney


                          By:  /s/ Bobbie J. Montoya for
                               AMITA BAMAN TRACY
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

APPROVED AND SO ORDERED.

```
DATED: 1/12/07                 /s/ Gregory G. Hollows
                               _____
                               GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE
```

brown.ord

BROWN v. Barnhart
Redaction Stip. & Order
2:06-cv-02089-GGH                          **3**