**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

HARVEY P. SACKETT (72488)

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA BROWN, Parent on behalf of JACKIE BROWN, minor child, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner, Social Security Administration, <br><br> Defendant. | Case No.: 2:06-CV-02089-GGH <br><br> STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of 30 days up through and including Wednesday, March 28, 2007 in which to file her Motion for Summary Judgment. This

1

STIPULATION AND ORDER

1  
2  
3 extension is necessitated by the number of other cases Plaintiff's counsel currently has before the
4 district court that also require briefing.
5
6
7                     McGREGOR W. SCOTT  
                    United States Attorney  
8                     BOBBIE J. MONTOYA  
                    Assistant U. S. Attorney
9
10
11 Dated: February 23, 2007           /s/AMITA BAMAN TRACY  
12                                              AMITA BAMAN TRACY  
                                             Special Assistant U.S. Attorney
13
14
15 Dated: February 23, 2007           /s/HARVEY P. SACKETT  
16                                              HARVEY P. SACKETT  
                                             Attorney for Plaintiff
17
18
19
20
21 IT IS SO ORDERED.
22
23 Dated: 3/2/07                             /s/ Gregory G. Hollows  
24                                              HON. GREGORY G. HOLLOWS  
25                                              U.S. Magistrate Judge
26 Brown.ord

STIPULATION AND ORDER