**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

HARVEY P. SACKETT (72488)

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/nj

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA BROWN, Parent on behalf of JACKIE BROWN, minor child, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner, Social Security Administration, <br><br> Defendant. | Case No.: 2:06-CV-02089-GGH <br><br> STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of 14 days up through and including Wednesday, April 11, 2007 in which to file her Motion for Summary Judgment. This

1

STIPULATION AND ORDER

extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Dated: March 27, 2007          /s/AMITA BAMAN TRACY
                               AMITA BAMAN TRACY
                               Special Assistant U.S. Attorney

Dated: March 27, 2007          /s/HARVEY P. SACKETT
                               HARVEY P. SACKETT
                               Attorney for Plaintiff,
                               JACKIE BROWN

IT IS SO ORDERED.

Dated: 4/3/07                  /s/ Gregory G. Hollows
                               _____
                               HON. GREGORY G. HOLLOWS
                               U.S. Magistrate Judge

Brown.ord2

2

STIPULATION AND ORDER