McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
AMITA BAMAN TRACY
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    E-Mail: amita.tracy@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SANDRA BROWN ON BEHALF OF MINOR CHILD JACKIE BROWN, ) ) ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE[1], ) Commissioner of ) Social Security, ) ) Defendant. ) ) | CIVIL NO. 2:06-CV-02089-GGH  STIPULATION AND ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing.  The current due date is May 11, 2007.  The new due date will be June 11, 2007.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for former Commissioner Jo Anne B. Barnhart as the Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                              Respectfully submitted,

Dated: May 8, 2007                /s/ Harvey P. Sackett
                                        (As authorized via facsimile)
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff

Dated: May 8, 2007                McGREGOR W. SCOTT
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ Amita Baman Tracy
                                        AMITA BAMAN TRACY
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: 5/14/07                    /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

brown.ss