1  McGREGOR W. SCOTT
United States Attorney
2  LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3  Social Security Administration
AMITA BAMAN TRACY
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
   San Francisco, California 94105
6     Telephone:  (415) 977-8981
   Facsimile:  (415) 744-0134
7     E-Mail: amita.tracy@ssa.gov

8  Attorneys for Defendant

9  UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11  **SACRAMENTO DIVISION**

| | |
|---|---|
| SANDRA BROWN ON BEHALF OF MINOR CHILD JACKIE BROWN, | CIVIL NO. 2:06-CV-02089-LKK/GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |
| MICHAEL J. ASTRUE[1], Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand to an Administrative Law Judge, the credibility of Plaintiff's mother and Plaintiff should be evaluated.  Plaintiff's mother's testimony should be fully addressed and reasons provided, if it

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for former Commissioner Jo Anne B. Barnhart as the Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

is not accepted.  In addition, the Administrative Law Judge should obtain a consultative examination by a pediatrician (or other specialist) and/or medical expert who will evaluate the case a whole.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                                          Respectfully submitted,

Dated: May 23, 2007

                                   /s/ Harvey Sackett
                                   (As authorized via facsimile)
                                   HARVEY P. SACKETT
                                   Attorney for Plaintiff

Dated: May 23, 2007                     McGREGOR W. SCOTT
                                   United States Attorney
                                   LUCILLE GONZALES MEIS
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   /s/ Amita Baman Tracy
                                   AMITA BAMAN TRACY
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

                                         ORDER

     APPROVED AND SO ORDERED.

DATED: June 25, 2007.

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT